# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bowdre, Karon O. | U.S. District Court, Alabama | 07/02/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Hugo Black Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Proprietor | Juliette Farms f/k/a KayBee Saddlebreds |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2001 | Samford University (Defined Benefit Plan) - vested benefits in plan of former employer |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 07/02/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Juliette Farms fka Kaybee Saddlebreeds (Breed, Train, & Show American Saddlebred Horses) | $0.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Self-Employed Law Practice |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | DRI | 02/22/12 - 02/26/12 | Scottsdale, AZ | Sharing Success Seminar for Women | Reimbursement for loding, travel, & meals |
| 2. | Byrne Judicial Clerkship Institute | 03/14/12 - 03/16/12 | Pepperdine School of Law (Malibu, CA) | Judicial Clerkship Seminar | Reimbursement for hotel, travel, & meals |
| 3. | Federal Judicial Center | 06/20/12 - 06/22/12 | Marianna, FL | Regional Reentry Workshop | Reimbursement for hotel, travel, & meals |
| 4. | Federal Judicial Center | 09/30/12 - 10/03/12 | Memphis, TN | National Sentencing Policy Institute | Provision/Reimbursement for hotel, travel, & meals |
| 5. | Federal Judicial Center | 11/14/12 - 11/16/12 | Point Clear, AL | FJC Workshop for 11th Cir. Judges | Provision/Reimbursement for hotel, travel, & meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 07/02/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 07/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LLC #1-Hwy 280, LLC Real Estate I Birmingham, Alabama | A | Rent | J | W | | | | | |
| 2. First Commercial Bank Acct | A | Interest | J | T | | | | | |
| 3. American Fund-Fundamental Investors | A | Dividend | J | T | | | | | |
| 4. American Fund-Europacific Growth Fund | A | Dividend | | | Sold | 01/27/12 | J | A | |
| 5. American Fund-Capital World Growth & Income | A | Dividend | J | T | | | | | |
| 6. Merrill Lynch Bank Deposit Program (See Part VIII) | A | Dividend | J | T | | | | | |
| 7. Perkins Investment Fund-Small Cap Value | A | Dividend | J | T | | | | | |
| 8. Fundamental Investors | A | Dividend | J | T | | | | | |
| 9. Growth Fund of America | A | Dividend | J | T | Sold (part) | 01/26/12 | J | A | |
| 10. Citibank Morgan Stanley Money Fund (See Part VIII) | A | Dividend | K | T | | | | | |
| 11. Legg Mason Value Trust | A | Dividend | L | T | | | | | |
| 12. Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 13. Walmart Common Stock | A | Dividend | K | T | | | | | |
| 14. Fundamental Investors Fund (IRA) | A | Dividend | J | T | | | | | |
| 15. Growth Fund of America (IRA) | A | Dividend | J | T | | | | | |
| 16. New Perspective Fund (IRA) | A | Dividend | J | T | Sold (part) | 01/27/12 | J | A | |
| 17. Small Cap World Fund (IRA) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 07/02/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cap World Growth& Inc. (IRA) | B | Dividend | K | T | | | | | |
| 19. Euro Pac Growth (IRA) | A | Dividend | | | Sold | 01/24/12 | K | A | |
| 20. Invest. Co. of America (IRA) | A | Dividend | J | T | Sold (part) | 01/24/12 | J | A | |
| 21. | | | | | Sold (part) | 09/20/12 | K | A | |
| 22. Wash. Mutual Inv. Fund (IRA) | A | Dividend | J | T | | | | | |
| 23. Trust I; Inc. Bene.; ▩ =Trustee; See Part VIII | D | Int./Div. | O | W | | | | | |
| 24. Regions Bank Acct. | B | Interest | L | T | | | | | |
| 25. Trust II; Inc. Bene.; ▩ =Trustee; See Part VIII | E | Int./Div. | P1 | W | | | | | |
| 26. 401(k)-John Hancock; See Part VIII | D | Dividend | N | T | Buy (add'l) | 01/02/12 | K | | |
| 27. Lawfirm Cap. Contrib ▩ See Part VIII | | None | K | W | | | | | |
| 28. Trust III; Inc.Bene; Life Ins; Trustee= ▩ See Part VIII | | None | K | W | | | | | |
| 29. Trust IV;Inc.Bene.;LifeIns.; Trustee= ▩ See Part VIII | | None | K | W | | | | | |
| 30. Merrill Lynch Bank Deposit Program | A | Interest | J | T | | | | | |
| 31. Merrill Lynch Bank Deposit Prg | A | Interest | J | T | | | | | |
| 32. Perkins Fd-Small Cap&Value Fund (IRA) | A | Dividend | K | T | | | | | |
| 33. T. Rowe Price Mid-Cap Growth Fund (IRA) | A | Dividend | K | T | | | | | |
| 34. General Electric Co., Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 07/02/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Metlife (New England Financial) Perm. Life Ins. | A | Dividend | K | T | | | | | |
| 36. Metlife (New England Financial) Perm. Life Ins. | A | Dividend | K | T | | | | | |
| 37. Metlife Perm. Life Ins. | B | Dividend | L | T | | | | | |
| 38. T. Rowe Price Mid Cap Growth Fund | A | Dividend | J | T | | | | | |
| 39. Capital World Growth | A | Dividend | K | T | | | | | |
| 40. Capital World Growth | A | Dividend | J | T | | | | | |
| 41. Intermediate Bond Fund of America | A | Dividend | J | T | | | | | |
| 42. Real Estate Investment, ▨ Panama City, FL | | None | J | W | | | | | |
| 43. American Fundamental Investors Class F | A | Dividend | L | T | Sold (part) | 09/20/12 | L | A | |
| 44. Fidelity Funds Cash Reserves | A | Dividend | J | T | | | | | |
| 45. ING - Life Insurance Policy | A | Dividend | J | T | | | | | |
| 46. LLC #4 - Iris, LLC, Real estate investment; Birmingham, AL | D | Distribution | M | W | | | | | |
| 47. New World Fund | A | Dividend | K | T | | | | | |
| 48. Fairholme FDS, Inc. | A | Dividend | | | Sold | 07/23/12 | J | A | |
| 49. Royce Special Equity | A | Dividend | J | T | Sold (part) | 03/22/12 | J | A | |
| 50. Dodge & Cox Int'l Stock (See Part VIII) | A | Dividend | | | Sold | 06/20/12 | J | A | |
| 51. T. Rowe Price Cap Apprec. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 07/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Tax Exempt Bond Fund CL-C | A | Dividend | K | T | Buy (add'l) | 04/20/12 | J | | |
| 53. | | | | | Buy (add'l) | 05/17/12 | J | | |
| 54. Cap Inc Bldr FD CLC | A | Dividend | J | T | | | | | |
| 55. Fundamental Inv. Inc | A | Dividend | J | T | | | | | |
| 56. New World Fund | A | Dividend | J | T | | | | | |
| 57. Wells Fargo Co. | A | Dividend | J | T | | | | | |
| 58. Income Fund America | A | Dividend | K | T | | | | | |
| 59. American Tax Exempt Bond Fund CL-C | A | Dividend | J | T | Buy (add'l) | 04/20/12 | J | | |
| 60. Cap Inc. Bldr CL C | A | Dividend | J | T | | | | | |
| 61. Cap World Growth & Inc. | A | Dividend | J | T | | | | | |
| 62. SPDR Gold Trust | A | Dividend | J | T | | | | | |
| 63. SPDR Gold Trust | A | Dividend | K | T | | | | | |
| 64. Merrill Lynch Bank Deposit Account | A | Dividend | J | T | Sold (part) | 01/26/12 | J | A | |
| 65. TD Bank USA FDIC Ins. Deposit Account | A | Dividend | J | T | | | | | |
| 66. American Cent Equity Income Fd | A | Dividend | K | T | | | | | |
| 67. American Bond Fund | A | Dividend | K | T | | | | | |
| 68. Neuberger Berman Equity | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 07/02/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. PIMCO Total Return Fund | A | Dividend | | | Sold | 01/24/12 | K | A | |
| 70. American Century Equity Income | A | Dividend | J | T | | | | | |
| 71. American Bond Fund of America | A | Dividend | J | T | | | | | |
| 72. Neuberger Berman Equity | A | Dividend | J | T | | | | | |
| 73. PIMCO Total Return Fund | A | Dividend | | | Sold | 01/27/12 | J | A | |
| 74. Hussman Strat TR | A | Dividend | J | T | | | | | |
| 75. Managers Fremont Bond | A | Dividend | J | T | | | | | |
| 76. Loomis Sayles Bond Fund | A | Dividend | J | T | | | | | |
| 77. Asia Pacific High Div | A | Dividend | J | T | | | | | |
| 78. Aberdeen Asia | A | Dividend | | | Sold | 05/18/12 | J | A | |
| 79. Cushing MLP Total Return | A | Dividend | J | T | | | | | |
| 80. Emerging Market Bond | A | Dividend | J | T | | | | | |
| 81. First Commercial Bank | A | Interest | K | T | | | | | |
| 82. American Washington Mutual Investors | A | Dividend | J | T | | | | | |
| 83. Nucor Corporation | A | Dividend | J | T | | | | | |
| 84. Permanent Portfolio | A | Dividend | J | T | | | | | |
| 85. Matthew Asia Pacific EQ | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 07/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Principal Diversified Real | A | Dividend | K | T | | | | | |
| 87. American Tax Exempt Bd Fd | A | Dividend | J | T | Buy | 01/26/12 | J | | |
| 88. American CNT Interm Bd Fd | A | Dividend | J | T | Buy | 01/27/12 | J | | |
| 89. American Tax Exempt Bd Fd | A | Dividend | J | T | Buy | 04/17/12 | J | | |
| 90. American High Income Trust Fd | A | Dividend | J | T | Buy | 04/17/12 | J | | |
| 91. Janus High Yield Fund | A | Dividend | J | T | Buy | 01/26/12 | J | | |
| 92. Janus High Yield Fund | A | Dividend | L | T | Buy | 01/24/12 | L | | |
| 93. | | | | | Buy | 09/20/12 | K | | |
| 94. Fidelity Adv Strategic | A | Dividend | K | T | Buy | 09/20/12 | K | | |
| 95. Janus High Yield Fd | A | Dividend | K | T | Buy | 01/26/12 | J | | |
| 96. | | | | | Buy (add'l) | 04/20/12 | J | | |
| 97. | | | | | Buy (add'l) | 05/17/12 | J | | |
| 98. Janus High Yield Fd | A | Dividend | J | T | Buy (add'l) | 01/26/12 | J | | |
| 99. | | | | | Buy (add'l) | 04/20/12 | J | | |
| 100. Merrill Lynch Bank Deposit Program (See Part VIII) | A | Interest | J | T | | | | | |
| 101. Aberdeen Asia - PAC | A | Dividend | J | T | Buy | 11/15/12 | J | | |
| 102. Proshares Ultra DJ UBS Crude Oil | A | Dividend | J | T | Buy | 03/22/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowdre, Karon O. | 07/02/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 06/11/12 | J | | |
| 104. | | | | | Sold (part) | 12/18/12 | J | A | |
| 105.  Gamco Global Gold | A | Dividend | J | T | Buy | 03/22/12 | J | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust I is a trust created by family members other than the reporting person ▭ Its asset is an interest in ▭ that is invested through ▭ ▭ Eagle Asset Managment SCG, Blackrock Equity Dividend Fund, Neuberger Berman Int'l Core, Neuberger Berman Large Cap Growth, Merill Lynch Personal Advisor Program and Perkins/Janus MCV. ▭ Boyd Watterson Fixed Income, Wealth Core-NOESIS, WCM, Lakeshore Capital, W.H. Reaves & Co., Sterne Agee Prime Cash Acct., Minneapolis Port Management and Dana Investments. Investment accts and allocations are selected ▭

Trust II is a trust created by family members other than the reporting person or spouse. Its asset is an interest in ▭ that is invested through ▭ in manager directed investments (see above).

401(k): (Line 26) John Hancock Pensions: Investments are in Investment Company of America, Income Fund of America, Davis New York Venture, 500 Index Fund, Europacific Growth Fund, and American Century Heritage. Contributions to the Plan and purchases by the Plan to preselected funds are made throughout the year.

Lawfirm Capital Contributio ▭ is in the law firm ▭

Trust III owns a life insurance policy issued by Phoenix Mutual Life Insurance Company and stock issued by Phoenix Mutual.

Trust IV owns a life insurance policy issued by Northwestern Mutual Life Insurance Company.

Partial Sales in some holdings did not change year-end category listings.

Deletion of some holdings in previous reported years caused the deletion of certain lines and effectuated a change in numbering for subsequent entries.

Line 10 had a change in company name for the same account.

Previous line 32 (Columbia Funds, Intl Value Fd Inv.) was erroneously reported in 2011 as a "partial" sale but instead was sold in whole at that time.

New line 100 is a Bank Deposit Program that should have been reported in 2012 and was overlooked by mistake.

Line 50 (Dodge & Cox Intl) should have been listed in 2011 as "sale (partial)", not "sale". The balance of the holding was sold in 2012.

Line 74 (Hussman) should have been listed in 2011 as "sale (partial)", not "sale". The balance of the holding was retained in 2012.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Karon O. Bowdre**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544